EXHIBIT A

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**    Reg. No. 1,703,373
Registered July 28, 1992

## TRADEMARK
### PRINCIPAL REGISTER



BROWN, BRUCE A. (UNITED STATES CITIZEN)
15550 CALLE REAL
GAVIOTA, CA 93117

FOR: T-SHIRTS AND TANK-TOPS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 1-2-1988; IN COMMERCE 1-2-1988.
OWNER OF U.S. REG. NO. 1,220,076.

SER. NO. 74-120,707, FILED 12-5-1990.

LESLEY LAMOTHE, EXAMINING ATTORNEY

Int. Cls.: 6, 9, 11, 14, 16, 18, 21, 24, 25, 28, and 32

Prior U.S. Cls.: 1, 2, 3, 5, 12, 13, 14, 21, 22, 23, 25, 26, 27, 28, 29, 30, 31, 33, 34, 36, 37, 38, 39, 40, 41, 42, 45, 46, 48, and 50

**United States Patent and Trademark Office**

Reg. No. 3,298,604
Registered Sep. 25, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# ENDLESS SUMMER

BROWN, BRUCE A. (UNITED STATES INDIVIDUAL)
15550 CALLE REAL
GAVIOTO, CA 93117

FOR: NON-LUMINOUS AND NON-MECHANICAL METAL SIGNS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 1-0-2004; IN COMMERCE 1-0-2004.

FOR: ELECTRIC WALL SWITCH PLATES, THERMOMETERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-0-2004; IN COMMERCE 1-0-2004.

FOR: LAMPSHADES, LAMPS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 1-0-2005; IN COMMERCE 1-0-2005.

FOR: JEWELRY, NAMELY BRACELETS, EARRINGS, NECKLACES; CLOCKS, PENDANTS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 8-18-2004; IN COMMERCE 8-18-2004.

FOR: STICKERS, CALENDARS, POSTERS, MEMBERSHIP CARDS, NAMELY CUSTOMER SHOPPING PREFERENCE CARDS MADE OF PAPER, COASTERS MADE OF PAPER, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12-0-1999; IN COMMERCE 12-0-1999.

FOR: TOTE BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 9-10-2006; IN COMMERCE 9-10-2006.

FOR: CUPS, MUGS; TABLEWARE, NAMELY DRINKING GLASSES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 6-15-2001; IN COMMERCE 6-15-2001.

FOR: FABRICS, NAMELY COTTON, NYLON, CHENILLE, NON-WOVEN TEXTILE, AND POLYESTER; TOWELS, CURTAINS, TABLECLOTHS, BED SHEETS, PILLOW CASES, COMFORTERS, TABLE LINEN, NAMELY, NAPKINS, PLACE MATS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 7-11-2004; IN COMMERCE 7-11-2004.

FOR: SWEAT SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-2-2005, JUNE, 1979.; IN COMMERCE 8-2-2005, JUNE, 1979..

FOR: VOLLEY BALLS, TOY AUTOMOBILES; SURFBOARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 3-0-2004; IN COMMERCE 3-0-2004.

FOR: BEER, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 3-1-2005; IN COMMERCE 3-1-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,220,076 AND 1,669,526.

SN 76-978,567, FILED 5-17-2005.

KATHRYN COWARD, EXAMINING ATTORNEY

Int. Cls.: **25 and 28**

Prior U.S. Cls.: **22, 23, 38, 39, and 50**

**United States Patent and Trademark Office**

Reg. No. **3,369,887**
Registered Jan. 15, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# ENDLESS SUMMER

BROWN, BRUCE A. (UNITED STATES INDIVIDUAL)
15550 CALLE REAL
GAVIOTO, CA 93117

FOR: HATS, HEAD WEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-30-2007, JUNE, 1979.; IN COMMERCE 1-30-2007, JUNE, 1979..

FOR: SURFBOARD WAX, SKATEBOARDS , IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 2-13-2007; IN COMMERCE 2-13-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,220,076 AND 1,669,526.

SN 76-978,698, FILED 5-17-2005.

KATHRYN COWARD, EXAMINING ATTORNEY



## United States of America
### United States Patent and Trademark Office

# ENDLESS SUMMER

**Reg. No. 3,894,999**  
**Registered Dec. 21, 2010**  
**Int. Cls.: 39 and 43**

**SERVICE MARK**

**PRINCIPAL REGISTER**

BRUCE BROWN FILMS, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)  
SUITE 220  
3858 W. CARSON STREET  
TORRANCE, CA 90503

FOR: CRUISE SHIP SERVICES, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 4-15-2010; IN COMMERCE 4-15-2010.

FOR: HOTEL ACCOMMODATION SERVICES; HOTEL SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 9-1-2010; IN COMMERCE 9-1-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-821,704, FILED 9-8-2009.

KIMBERLY FRYE, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# ENDLESS SUMMER

| | |
|---|---|
| **Reg. No. 4,232,348** | BRUCE BROWN FILMS, LLC (CALIFORNIA LIMITED LIABILITY COMPANY) |
| **Registered Oct. 30, 2012** | SUITE 220<br>3858 W. CARSON STREET<br>TORRANCE, CA 90503 |
| **Int. Cl.: 35** | |
| **SERVICE MARK**<br>**PRINCIPAL REGISTER** | FOR: WHOLESALE AND RETAIL STORE SERVICES, AND WHOLESALE AND RETAIL STORE SERVICES VIA ONLINE SYSTEMS, INTERACTIVE TELEVISION AND MOBILE HANDHELD DEVICES, FEATURING VIDEO, MUSIC, IMAGES, AND INTERACTIVE GAMES, NON-LUMINOUS AND NON-MECHANICAL METAL SIGNS, LUMINOUS SIGNS, NON-MECHANICAL SIGNS NOT OF METAL, INFLATABLE PLASTIC SIGNS, SIGNS MADE OF WOOD, THERMOMETERS, GUARDS FOR COVERING WALL SWITCHES, STICKERS AND TRANSFERS, PENS, PAPER STATIONERY, PRINTED PAPER SIGNS, POSTERS MADE OF PAPER, POSTCARDS MADE OF PAPER, ADHESIVE NOTE PAPER, BANNERS OF PAPER, CALENDARS OF PAPER, COASTERS OF PAPER, FLAGS AND PENNANTS OF PAPER, GIFT WRAP PAPER, PAPER TABLECLOTHS AND NAPKINS, PAPER BAGS, PAPER BOXES, PAPER PARTY DECORATIONS, PAPER AND PLASTIC CUPS, PAPER NOTEBOOKS, PAPER PENNANTS, ORNAMENTAL PINS, METAL AND PLASTIC LICENSE PLATES, WALL COVERINGS OF PAPER, FURNITURE MADE OF WOOD, CANE, WICKER, METAL AND PLASTIC, BEDDING, LAMP SHADES AND LAMPS, HOUSEHOLD AND KITCHEN UTENSILS, CONTAINERS, GLASSWARE, PORCELAIN AND EARTHENWARE, NETS, TENTS, AWNINGS AND TARPAULINS, JEWELRY, TRAVELING BAGS, BACKPACKS, LEATHER AND IMITATION LEATHER GOODS, TEXTILES, NON-TEXTILE WALL HANGINGS, CLOTHING, FOOTWEAR AND HEADGEAR, EMBROIDERED PATCHES FOR CLOTHING, SPORTING GOODS, GAMES AND PLAYTHINGS, BEVERAGES WITH COFFEE, COCOA, CHOCOLATE AND TEA BASE, BEERS, MINERAL WATER, NON-ALCOHOLIC BEVERAGES, FRUIT BEVERAGES AND FRUIT JUICES, ALCOHOLIC BEVERAGES; MARKETING, ADVERTISING, AND PROMOTING THE WHOLESALE AND RETAIL GOODS AND SERVICES OF OTHERS VIA ONLINE SYSTEMS, INTERACTIVE TELEVISION AND MOBILE HANDHELD DEVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).<br><br>FIRST USE 0-0-2002; IN COMMERCE 0-0-2002.<br><br>THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.<br><br>SER. NO. 85-384,805, FILED 7-29-2011. |



Director of the United States Patent and Trademark Office

**Reg. No. 4,232,348** MELISSA VALLILLO, EXAMINING ATTORNEY



United States of America

United States Patent and Trademark Office

# ENDLESS SUMMER

**Reg. No. 4,276,188**  
**Registered Jan. 15, 2013**  
**Int. Cls.: 35, 42, and 43**

**SERVICE MARK**

**PRINCIPAL REGISTER**

BRUCE BROWN FILMS, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)  
SUITE 220  
3858 W. CARSON STREET  
TORRANCE, CA 90503

FOR: FRANCHISE SERVICES, NAMELY, OFFERING BUSINESS MANAGEMENT ASSISTANCE IN THE ESTABLISHMENT AND OPERATION OF RESTAURANTS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3-30-2012; IN COMMERCE 3-30-2012.

FOR: COMPUTER SERVICES, NAMELY, PROVIDING A WEB SITE FOR OTHERS THAT AUTOMATES PARTY AND ENTERTAINMENT EVENTS MANAGEMENT THAT CONSISTS OF GUEST LISTS, GUEST INFORMATION, RESTAURANT INFORMATION, GIFT REGISTRY INFORMATION, GIFT COST SHARING, AND INVITATION CREATION AND DELIVERY, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 3-30-2012; IN COMMERCE 3-30-2012.

FOR: RESTAURANT, BAR AND CATERING SERVICES , IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 0-0-1997; IN COMMERCE 0-0-1999.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-121,852, FILED 9-2-2010.

BARBARA A. GOLD, EXAMINING ATTORNEY

Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# ENDLESS SUMMER

| | |
|---|---|
| **Reg. No. 4,403,128** | BRUCE BROWN FILMS, LLC (CALIFORNIA LIMITED LIABILITY COMPANY) SUITE 220 |
| **Registered Sep. 17, 2013** | 3858 W. CARSON STREET TORRANCE, CA 90503 |
| **Int. Cl.: 25** | FOR: ATHLETIC APPAREL, NAMELY, SHIRTS, PANTS, JACKETS, FOOTWEAR, HATS AND CAPS, ATHLETIC UNIFORMS; BATHING SUITS; BELTS FOR CLOTHING; DRESS SHIRTS; GOLF PANTS, SHIRTS AND SKIRTS; HOODED SWEAT SHIRTS; KNIT SHIRTS; LINGERIE; POLO SHIRTS; ROBES; RUGBY SHIRTS; SHIRTS AND SHORT-SLEEVED SHIRTS; SKI SUITS; SLEEPWEAR; SNOW BOARDING SUITS; SOCKS; SWEAT SHIRTS; T-SHIRTS; WET SUIT GLOVES; WETSUITS, IN CLASS 25 (U.S. CLS. 22 AND 39). |
| **TRADEMARK** | |
| **PRINCIPAL REGISTER** | |

FIRST USE 1-1-1966; IN COMMERCE 12-14-1982.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,220,076, 3,298,604 AND OTHERS.

SER. NO. 85-843,006, FILED 2-6-2013.

ALEX KEAM, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# ENDLESS SUMMER

**Reg. No. 5,690,612**  
**Registered Mar. 05, 2019**  
**Int. Cl.: 6**  
**Trademark**  
**Principal Register**

Bruce Brown Films, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)  
3858 Carson Street, Suite 220  
Torrance, CALIFORNIA 90503

CLASS 6: Metal license plates; Metal novelty license plates; Souvenir license plates of metal

FIRST USE 10-1-2010; IN COMMERCE 10-1-2010

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4232348, 3298604, 1703373

SER. NO. 88-042,066, FILED 07-18-2018



Director of the United States  
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# ENDLESS SUMMER

| | |
|---|---|
| **Reg. No. 5,358,587** | Bruce Brown Films, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)<br>Suite 220<br>3858 Carson Street<br>Torrance, CALIFORNIA 90503 |
| **Registered Dec. 19, 2017** | |
| **Int. Cl.: 33** | CLASS 33: Alcoholic beverages, except beer; Distilled spirits; Rum |
| **Trademark** | FIRST USE 8-15-2015; IN COMMERCE 2-3-2017 |
| **Principal Register** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR |
| | OWNER OF U.S. REG. NO. 1703373, 3298604, 4913762 |
| | SER. NO. 87-371,226, FILED 03-14-2017 |



*Joseph Matal*
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# ENDLESS SUMMER

**Reg. No. 5,754,259**
**Registered May 21, 2019**
**Int. Cl.: 41**
**Service Mark**
**Principal Register**

Bruce Brown Films, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
3858 Carson Street, Suite 220
Torrance, CALIFORNIA 90503

CLASS 41: Entertainment in the nature of golf tournaments; Entertainment in the nature of yacht races; Entertainment services in the nature of organizing social entertainment events; Entertainment, namely, live music concerts; Entertainment, namely, live performances by musical bands; Organization of dancing events; Organizing community festivals featuring primarily surfing and also providing entertainment in the nature of surfing exhibitions and/or tournaments; Organizing community sporting and cultural events; Organizing cultural and arts events; Organizing, arranging, and conducting surf, surf themed and water sports events; Arranging, organizing, conducting, and hosting social entertainment events; Dance events; Entertainment services in the nature of organizing social entertainment events; Entertainment, namely, live music concerts; Organizing cultural and arts events; Organizing community festivals featuring primarily Argentine tango and also providing music, food, drinks and entertainment in the nature of dance events and dance exhibitions; Organizing community sporting and cultural events; Organizing cultural and arts events; Organizing sporting events, namely, golf, yachting and surfing

FIRST USE 4-6-2002; IN COMMERCE 4-6-2002

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3298604, 1703373, 4913762

SER. NO. 87-419,196, FILED 04-20-2017



Director of the United States
Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# ENDLESS SUMMER

| | |
|---|---|
| **Reg. No. 5,780,572** | Bruce Brown Films, LLC (CALIFORNIA LIMITED LIABILITY COMPANY) |
| | 3858 Carson Street, Suite 220 |
| **Registered Jun. 18, 2019** | Torrance, CALIFORNIA 90503 |
| **Int. Cl.: 9** | CLASS 9: Motion picture films about comedy, drama, action, adventure, sports, travel, relationships and lifestyle |
| **Trademark** | FIRST USE 00-00-1964; IN COMMERCE 00-00-1964 |
| **Principal Register** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR |
| | OWNER OF U.S. REG. NO. 3298604, 1220076, 3894999 |
| | SER. NO. 88-190,982, FILED 11-12-2018 |

Director of the United States
Patent and Trademark Office